# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR STAMPLEY | CIVIL ACTION |
| VERSUS | |
| KEITH DEVILLE, ET AL. | 15-460-SDD-EWD |

### RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated July 10, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that Petitioner's application for *habeas corpus* is denied and this proceeding is dismissed with prejudice. It is further ordered that, in the event that Petitioner seeks to pursue an appeal in this case, a certificate of appealability is hereby denied. Baton Rouge, Louisiana the 1st day of August, 2018.

*[signature]*

**SHELLY D. DICK, CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.